54

United States District Court
Southern District of Texas
ENTERED

OCT 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBEN ORTEGA § | |
| **Plaintiff,** § | |
| VS. § | |
| § | |
| MANTEO SHRIMP COMPANY AND § | |
| F/V "DAVID M. TOWER" § | |
| **Defendant/Third Party** § | |
| **Plaintiff,** § | |
| vs. § | C.A. No. B-95-146 |
| § | |
| TOWER INSURANCE SERVICES, § | |
| INCORPORATED; KINGSPOINT § | |
| INSURANCE AGENCY, INC.; § | |
| HEINZE & ASSOCIATES, INC.; § | |
| GEORGE G. ZIMMERMAN & CO., § | |
| INC.; GLOBAL ACCIDENT LINE § | |
| SLIP, INC.; and BURKE & § | |
| ASSOCIATES, INC., § | |
| **Third Party Defendants.** § | |

## ORDER OF DISMISSAL AND SEVERANCE

. The Third-Party Plaintiff, MANTEO SHRIMP CORPORATION, by and through its attorney of record, having informed the Court that this matter has been compromised and settled, the Third-Party Plaintiff having prayed that this case and all claims and causes of action asserted by Third-Party Plaintiff against Third-Party Defendants, TOWER INSURANCE SERVICES, INCORPORATED, KINGSPOINT INSURANCE AGENCY, INC., and HEINZE & ASSOCIATES, INC., be severed and dismissed with prejudice, with each party paying their respective Court costs, and it appearing to the Court that the Unopposed Motion To Dismiss with prejudice and for severance should be made as prayed, now therefore, it is

ORDERED, ADJUDGED AND DECREED that this case and all claims and causes of action asserted by Third-Party Plaintiff against Third-Party Defendants, TOWER INSURANCE

SERVICES, INCORPORATED, KINGSPOINT INSURANCE AGENCY, INC., and HEINZE & ASSOCIATES, INC., be severed and dismissed with prejudice, with each party to pay their own Court costs.

ENTERED at Brownsville, Texas on this _15_ day of ~~June~~ OCT, 1998.

_____
JUDGE PRESIDING