57

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
APR 14 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUBEN ORTEGA,<br>　Plaintiff,<br><br>VS.<br><br>MANTEO SHRIMP CORPORATION &<br>F/V DAVID M. TOWER,<br>　Defendant and Third-Party Plaintiff,<br><br>TOWER INSURANCE SERVICES,<br>INCORPORATED, ET AL.,<br>　Third Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-95-146 |

## FINAL JUDGMENT

It is **ORDERED** that Plaintiff Ruben Ortega recover from Defendant Manteo Shrimp Company the sum of $262,754.41 together with interest from the date of judgment at the rate allowed by law.

DONE at Brownsville, Texas, this 13th day of April, 1999.

_____
John Wm. Black
United States Magistrate Judge